PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:15CR00135-01

CASE NUMBER *(Rec. Court)*
8:19-cr-94-T-17SPF

NAME AND ADDRESS OF SUPERVISED RELEASEE:
Mario Fresta

DISTRICT
Eastern District
of Pennsylvania

DIVISION

NAME OF SENTENCING JUDGE
Berle M. Schiller, U.S. District Judge

DATES OF PROBATION/SUPERVISED RELEASE:
FROM 1/16/18
TO 1/15/21

OFFENSE

18: U.S.C. § 1951 (a) Hobbs acts extortion (Count One)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-27-19
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Middle District of Florida</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MARCH 7th, 2019
*Effective Date*

United States District Judge

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**